UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCIANO TONELLI, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   C06-698-TSZ-JPD |
| ) | |
| v. ) | |
| ) | |
| SGT. AUTRY, *et al.*, ) | ORDER DENYING PLAINTIFF'S |
| ) | SECOND MOTION FOR |
| ) | RECONSIDERATION |
| Defendants. ) | |
| _____) | |

Plaintiff is a Washington state prisoner proceeding *pro se* and *in forma pauperis* in this action brought pursuant to 42 U.S.C. § 1983.  The court denied plaintiff's motion for appointment of counsel on June 5, 2006.  (Doc. #5).  On June 14, 2006, plaintiff filed a second motion for appointment of counsel (Doc. #10), which the court construed as a motion for reconsideration of the Order denying plaintiff's initial motion for appointment of counsel.  So construed, the court denied the motion on June 29, 2006.  (Doc. #12).  On July 12, 2006, plaintiff filed a second motion for reconsideration.  (Doc. #14).  Having reviewed plaintiff's second motion for reconsideration, and the balance of the record, the court does hereby find and ORDER as follows:

(1)     Petitioner's second motion for reconsideration (Doc. #14) is DENIED.  Petitioner has failed to show any manifest error in the prior ruling or present any new facts or legal authority that warrant reconsidering the motion for appointment of counsel.  *See* Local Rule CR 7(h).  As before, plaintiff has neither demonstrated a likelihood of success on the merits nor shown that, in light of the complexity of the legal issues involved, he is unable to articulate his claims himself.  Accordingly,

ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION
PAGE - 1

1  plaintiff has not demonstrated that this case involves exceptional circumstances that warrant

2  appointment of counsel.  *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

3  (2)   Plaintiff is advised that no further motions shall be considered regarding appointment

4  of counsel.  They will not be docketed nor reviewed by the court and the Clerk shall return any such

5  motions to plaintiff.

6  (3)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

7  Thomas S. Zilly.

8  DATED this 17th day of July, 2006.

*[signature]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION
PAGE - 2