1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7  LUCIANO TONELLI,                    )
                                       )
8          Plaintiff,                  )      CASE NO.     C06-698-TSZ-JPD
                                       )
9      v.                              )
                                       )
10  SARGENT AUTRY, *et al.*,           )      ORDER DENYING PLAINTIFF'S
                                       )      MOTION TO COMPEL DISCOVERY
11                                     )
           Defendants.                 )
12  _____)

13         Plaintiff, a prisoner proceeding *pro se* in this civil rights action, has filed a motion seeking an

14  Order compelling defendants to provide information regarding the whereabouts of a former

15  correctional officer, Brandon Siivone, whom plaintiff has named as a defendant.  (Dkt. #38).  Two

16  attempts by the Clerk to serve Mr. Siivone by mail with a copy of the complaint in this matter have

17  been futile.  (Dkt. #19, #33).  Defendants have filed a response to the motion to compel.  (Dkt. #41).

18  Plaintiff has not filed a reply.  Having considered the motion and response, and the balance of the

19  record, the court does hereby find and ORDER:

20         (1)     Plaintiff's motion to compel (Dkt. #38) is DENIED.  First, it does not appear that

21  plaintiff has served an actual discovery request on defendants seeking the whereabouts of Mr.

22  Siivone.  (Dkt. 41 at 2).  Second, it does not appear that plaintiff sought to confer with defendants

23  prior to filing the instant motion, as required under Federal Rule of Civil Procedure 26 and Local

24  Rule CR 37.  (*Id.*)  Third, even if plaintiff's motion were not deficient in these respects, it appears

25  that defendants have already proved the court with the most recent address that they have for Mr.

26  Siivone, and the Clerk's attempt at serving him by mail has failed.  (Dkt. #33).

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
PAGE - 1

(2)     As the court has previously advised plaintiff, it is his duty to ascertain the current address of Mr. Siivone in order to enable the court to effectuate service of the complaint.  On October 24, 2006, the court *sua sponte* granted plaintiff an additional 45 days in which to locate Mr. Siivone.  (Dkt. #35).  That time period will elapse on December 8, 2006.  Accordingly, if plaintiff is unable to provide a current address for Mr. Siivone by that date, the court will dismiss him from the case.

(3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Thomas S. Zilly.

DATED this 27th day of November, 2006.

James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
PAGE - 2