# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| LUCIANO TONELLI, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.   C06-698-TSZ-JPD |
| | ) | |
| v. | ) | |
| | ) | |
| SARGENT AUTRY, *et al.*, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| Defendants. | ) | |

Plaintiff has filed a motion to extend the discovery deadline in this case by 30 days. (Dkt. #47). Having reviewed the motion and the balance of the record, the court does hereby find and ORDER as follows:

(1)  In his motion for an extension of time, plaintiff asserts that he needs more time in order to file a motion to compel discovery of certain documents which defendants have refused to provide. (Dkt. #47 at 2). To assure that plaintiff, a *pro se* litigant, has the opportunity to obtain evidence to support his lawsuit, the court GRANTS plaintiff's motion for an extension of time. No further extensions shall be granted absent extraordinary circumstances.

(2)  The court hereby extends the deadlines previously established as follows: Discovery shall be completed by **April 27, 2007**; dispositive motions shall be filed by **June 28, 2007**, and Pretrial Statements, if necessary, shall be filed by **August 29, 2007.**

(3)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME
PAGE 1

1  defendants, and to the Honorable Thomas S. Zilly.

2  DATED this 22nd day of March, 2007.

_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME
PAGE 2