UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCIANO TONELLI, | ) |
| | ) |
| Plaintiff, | ) CASE NO.   C06-698-TSZ |
| | ) |
| v. | ) |
| | ) |
| SARGENT AUTRY, *et al.*, | ) ORDER |
| | ) |
| Defendants. | ) |

Having reviewed Defendants' Motion for Summary Judgment, docket no. 55, Plaintiff's Response, docket no. 59, the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 65, Defendants' Objections thereto, docket no. 66, and the balance of the record, the Court ORDERS:

(1) The Court ADOPTS IN PART and DENIES IN PART the R&R, docket no. 65, as outlined herein.

(2) The Court DENIES Defendants' Motion for Summary Judgment, docket no. 55, *without* prejudice.

(3) The Clerk is directed to appoint counsel from the Pro Bono Panel to represent Plaintiff, pursuant to 28 U.S.C. § 1915(e).

(4) The Court believes that further factual development of the record is necessary before the Court will be willing to entertain a second motion for summary judgment brought by Defendants. Specifically, Plaintiff, through appointed counsel, should have an opportunity

ORDER PAGE - 1

1   to depose Defendants Autry and Russell.  Once counsel is appointed, the Court directs the

2   parties to submit a joint status report, proposing a discovery cutoff, a dispositive motions

3   filing date, and a trial date.

4       DATED this 16th day of November, 2007.

                                                            /s/ Thomas S. Zilly
                                        Thomas S. Zilly
                                        United States District Judge

ORDER PAGE - 2